1    Paula D. Pearlman (SBN: 109038)
     Paula.Pearlman@lls.edu
2    Shawna L. Parks (SBN: 208301)
     Shawna.Parks@lls.edu                NOTE: CHANGES MADE BY THE COURT
3    Maronel Barajas (SBN: 242044)
     Maronel.Barajas@lls.edu
4    Rebecca A. Craemer (SBN: 274276)
     Rebecca.Craemer@lls.edu
5    DISABILITY RIGHTS LEGAL CENTER
     919 Albany St., Los Angeles, CA 90015
6    Telephone:  213-736-1031
     Facsimile:   213-736-1428
7
     John S. Gibson (SBN: 140647)
8    jsgibson@winston.com
     Drew A. Robertson (SBN: 266317)
9    darobertson@winston.com
     WINSTON & STRAWN LLP
10   333 S. Grand Ave., Los Angeles, CA 90071
     Telephone:  213-615-1700
11   Facsimile:   213-615-1750

12   Attorneys for Plaintiff
     C.C., by and through
13   MILKA CIRIACKS, his Guardian *Ad Litem*

14

15               **UNITED STATES DISTRICT COURT**

16               **CENTRAL DISTRICT OF CALIFORNIA**

17   C.C., by and through MILKA            )   **Case No.  SACV 11-00352 AG (RNBx)**
     CIRIACKS, his Guardian *Ad Litem*,    )
18                                          )
                                           )
19            Plaintiff,                    )   **ORDER GRANTING PLAINTIFF'S**
                                           )   **MOTION FOR PRELIMINARY**
20                                          )   **INJUNCTION**
         v.                                )
21                                          )   Hearing Date:  June 6, 2011
                                           )   Time:  10:00 a.m.
22   CYPRESS SCHOOL DISTRICT, *et al.*,    )   Courtroom:  10D
                                           )
23                                          )   Judge:  Honorable Andrew J. Guilford
          Defendants.                       )
24                                          )   Complaint Filed:  March 8, 2011
                                           )
25                                          )
                                           )
26                                          )

27

28

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

ORDER GRANTING PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION

1    On June 6, 2011, in Courtroom 10D of the above-captioned Court, before the

2  Honorable Andrew J. Guilford, Judge Presiding, Plaintiff's Motion for Preliminary

3  Injunction came on regularly for hearing.  The Court having reviewed and considered

4  the evidence presented and the argument of counsel, as well as the record herein, and

5  good cause appearing, finds that the requirements for issuance of a preliminary

6  injunction are met in this case.

7    NOW, THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND

8  DECREED that during the pendency of this lawsuit:

9    1.  Defendants Cypress School District, Donna Erickson, Ellen Friedmann, David

10  Giese, Brian Nakamura, Valeri Peters Wagner, Sheri Loewenstein, and Troy Hunt

11  (collectively, the "District"), and their successors in office, agents, servants,

12  employees, attorneys, and all persons in active concert therewith are enjoined from

13  *unreasonably* interfering with Plaintiff's right to be accompanied by his service dog

14  while attending public school, including his right to be accompanied by his service

15  dog: (a) anywhere on the campus of Frank Vessels Elementary School or any other

16  properties under the control of the Cypress School District; (b) while participating in

17  any educational, educationally related, or extracurricular class, program, meeting, or

18  event sponsored by or connected with the Cypress School District or Frank Vessels

19  Elementary School, including but not limited to participation in academic classes,

20  home therapy, IEP meetings, counseling sessions, school assemblies, field trips, and

21  extracurricular student activities and athletic events; and (c) in school-sponsored

22  transportation to any of the activities or events covered by this Order.

23    2.  The District shall forthwith modify its policies to accommodate C.C.'s use of

24  his service dog in school.

25

26

Dated:  June 14, 2011                    _____

27                                                          United States District Judge

28                                                          Andrew J. Guilford

**Winston & Strawn LLP**
**333 South Grand Avenue**
**Los Angeles, CA 90071-1543**

-1-
ORDER GRANTING PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION

LA:292700.2